# COURT MINUTES

## Magistrate Judge Lisette Marie Reid

Atkins Building Courthouse - 3rd Floor    Date: 8/9/21    Time: 10:00 a.m.

Defendant: Arturo C. Murillo Prijic    J#: 02358-506    Case #: 21-3013-MJ-GOODMAN
AUSA: Eli S. Rubin    Attorney: ANA M. DAVIDE ✓
Violation: CONSP/MONEY LAUNDERING
Proceeding: PREL/ARR/PTD    CJA Appt:
Bond/PTD Held: ☐ Yes ✓ No    Recommended Bond: PTD
Bond Set at:    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
Brady warning already given; Motion to continue was denied by Magistrate Judge Louis

- Stip $250,000 CSB w/Nebben w/right to revisit
- Side Bar
- Oral Motion to continue GRANTED
- parties to submit proposed Order

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
(Prelim/Arraign) or Removal:  9/9    10:00    Duty    Miami
Status Conference RE:
D.A.R. 10:24:11 / 10:41:53    Time in Court: 40 minutes