UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 21-60340-CR-RUIZ**

UNITED STATES OF AMERICA,

v.

ARTURO CARLOS MURILLO PRIJIC

      Defendant.
_____/

**CASE NO. 21-60255-CR- HUCK**

UNITED STATES OF AMERICA,

v.

BRYAN SAMUEL BERKMAN,

      Defendant.
_____/

**CASE NO. 21-60256-CR- HUCK**

UNITED STATES OF AMERICA,

v.

PHILIP LICHTENFELD,

      Defendant.
_____/

**CASE NO. 21-60257-CR-HUCK**

UNITED STATES OF AMERICA,

v.

SERGIO RODRIGO MENDEZ MENDIZABAL,

      Defendant.
_____/

**CASE NO. 21-60258-CR- HUCK**

UNITED STATES OF AMERICA,

v.

LUIS BERKMAN,

    Defendant.

_____/

**NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS**

The United States of America (the "United States"), pursuant to Local Rule 3.8 and the Court's Internal Operating Procedures, Section 2.15.00, hereby notifies the Court of the following related and similar matters currently pending before the Court:

- *United States v. Arturo Carlos Murillo Prijic*, 21-60340-CR-Ruiz;
- *United States v. Bryan Samuel Berkman*, 21-60255-CR-Huck;
- *United States v. Philip Lichtenfeld*, 21-60256-CR-Huck;
- *United States v. Sergio Rodrigo Mendez Mendizabal*, 21-60257-CR-Huck; and
- *United States v. Luis Berkman*, 21-60258-CR-Huck (collectively, the "Related and Similar Cases").

To conserve judicial resources, the United States requests that *United States v. Arturo Carlos Murillo Prijic* (21-60340-CR-Ruiz) be transferred to Judge Huck, who is currently presiding over the other four Related and Similar Cases.

**Background**

The Related and Similar Cases all stem from the same foreign bribery and money laundering scheme: Between in or around 2019 and 2021, Bryan Samuel Berkman ("Bryan Berkman"), Luis Berkman, Philip Lichtenfeld ("Lichtenfeld"), and others, bribed officials within

the Bolivian Ministry of Government and Bolivian Ministry of Defense, including but not limited to Sergio Rodrigo Mendez Mendizabal ("Mendez") and Arturo Carlos Murillo Prijic ("Murillo"), to win and retain a Bolivian government contract involving tear gas and other less-lethal equipment. The defendants also conspired to launder both the contract's proceeds and the bribe payments.

On September 7, 2021, the United States charged Defendants Bryan Berkman and Lichtenfeld with conspiring to commit an offense against the United States, namely, a violation of the Foreign Corrupt Practices Act, 15 U.S.C. § 78dd-2, in violation of 18 U.S.C. § 371. Information, *United States v. Bryan Samuel Berkman*, 21-60255-CR-Huck (S.D. Fla. Sept. 7, 2021); Information, *United States v. Philip Lichtenfeld*, 21-60256-CR-Huck (S.D. Fla. Sept. 7, 2021). That same day, the United States also charged Luis Berkman and Mendez with conspiring to commit money laundering in violation of 18 U.S.C. §§ 1956(h), 1957(a). Information, *United States v. Luis Berkman*, 21-60258-CR-Huck (S.D. Fla. Sept. 7, 2021); Information, *United States v. Sergio Rodrigo Mendez Mendizabal*, 21-60257-CR-Huck (S.D. Fla. Sept. 7, 2021).

On September 9, 2021, the United States filed Notices of Related and Similar Actions on the dockets of Defendants Bryan Berkman, Luis Berkman, Lichtenfeld, and Mendez (collectively the "Cooperating Defendants"). *E.g.,* Notice of Related and Similar Actions, *United States v. Luis Berkman*, 21-60258-CR-Huck (S.D. Fla. Sept. 9, 2021). The Notices requested that *United States v. Lichtenfeld*, then before Judge Moore, and *United States v. Luis Berkman*, then before Judge Smith, both be transferred to Judge Huck, the Judge assigned "to the lower-numbered action[.]"[1] Internal Operating Pro. of the U.S. District Court for the Southern District of Florida

---

[1] Because *United States* v. *Sergio Rodrigo Mendez Mendizabal* was already assigned to

2.15.00 (Rev. October 17, 2017), available at https://www.flsd.uscourts.gov/sites/flsd/files/17-10-17-Internal-Operating-Procedures.pdf ("SDFL Internal Operating Procedures"); *see also, e.g.,* Notice of Related and Similar Actions, *United States v. Luis Berkman*, 21-60258-CR-Huck (S.D. Fla. Sept. 9, 2021).

On September 10, 2021, Judge Moore ordered that *United States v. Lichtenfeld* be transferred to Judge Huck, who consented to the transfer. *United States v. Lichtenfeld*, 21-60256-CR-Huck (S.D. Fla. Sept. 10, 2021).

On September 13, 2021, Judge Smith ordered that *United States v. Luis Berkman* be transferred to Judge Huck, who consented to the transfer. *United States v. Luis Berkman*, 21-60258-CR-Huck (S.D. Fla. Sept. 13, 2021).

On September 28, 2021, the Cooperating Defendants pled guilty to their respective Informations. *E.g.*, Plea Agreement, *United States v. Lichtenfeld*, 21-60256-CR-Huck (S.D. Fla. Sept. 28, 2021). They are currently scheduled to be sentenced on January 18, 2022, before Judge Huck. *E.g.*, Order of Sentencing Hearing, *United States v. Lichtenfeld*, 21-60256-CR-Huck (S.D. Fla. Nov. 3, 2021).

### United States v. Arturo Carlos Murillo Prijic

On December 7, 2021, the United States charged Defendant Murillo via Indictment. Indictment, *United States v. Murillo Prijic*, 21-60340-CR-Ruiz (S.D. Fla. Dec. 7, 2021). The Indictment alleges, among other offenses, that Murillo conspired with the Cooperating Defendants to violate 18 U.S.C. §§ 1956(a)(2)(A) and 1956(a)(1)(B)(i), in violation of 18 U.S.C. § 1956(h). (*Id.*)

---

Honorable Judge Huck, no transfer was necessary.

The charges against Defendant Murillo involve the exact same subject matter underlying the offenses of the other four defendants. The disposition of the Related and Similar Cases by different judges, therefore, "would appear to entail the unnecessary duplication of judicial labor if heard by [] different Judge[s][.]"  SDFL Internal Operating Procedures 2.15.00.

Accordingly, the United States requests that *United States v. Arturo Carlos Murillo Prijic* (21-60340-CR-Ruiz) "be transferred to the Judge assigned to the lower-numbered action[,]" in this instance, Hon. Paul C. Huck.  *Id*.

Counsel for Murillo objects to the instant Notice.

|  | Respectfully submitted, |
|---|---|
| JUAN ANTONIO GONZALEZ<br>UNITED STATES ATTORNEY | JOSEPH S. BEEMSTERBOER<br>ACTING CHIEF, FRAUD SECTION<br>CRIMINAL DIVISION<br>U.S. DEPARTMENT OF JUSTICE |
| By: *Eli S. Rubin*<br>Eli S. Rubin<br>Assistant United States Attorney<br>Court ID No. A5503535<br>99 N.E. 4th Street<br>Miami, Florida 33132<br>(305) 961-9247<br>Email: Eli.Rubin@usdoj.gov | By: *Jill Simon*<br>Jill Simon<br>Peter Cooch<br>Trial Attorneys<br>Gerald M. Moody, Jr.<br>Assistant Chief<br>1400 New York Avenue NW<br>Washington, DC 20005<br>(202) 616-4988<br>Email: Jill.Simon@usdoj.gov<br>Email: Gerald.Moody@usdoj.gov |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 12, 2021, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

*Eli S. Rubin*
Eli S. Rubin