UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-60340-PCH-HUCK/BECERRA

**UNITED STATES OF AMERICA**,

v.

**ARTURO CARLOS MURILLO PRIJIC**,

    Defendant.
_____/

## ORDER SETTING CRIMINAL TRIAL

**PLEASE TAKE NOTICE** that the above-entitled cause is hereby set for trial before the Honorable Paul C. Huck, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida, during the two-week period commencing **Tuesday, January 18, 2022,** or as soon thereafter as case may be called.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a Calendar Call at 9:00 A.M. on **Wednesday, January 12, 2022**, at the same location. **ALL COUNSEL MUST BE PRESENT.** *Should counsel need to appear by phone or Videoteleconference ("VTC"), please call the Court's chambers at (305) 523-5520 at least five (5) days prior to the date of the calendar call to make such a request.*

    1.    The deadline for a timely plea is **Monday, January 10, 2022.** If the Defendant intends to plead guilty, Defendant's counsel shall immediately notify chambers. **PLEASE NOTE: Qualification for Acceptance of Responsibility is jeopardized if an intention to enter a plea of guilty is not announced on or before Monday, January 10, 2022.** *See United States Sentencing Commission Guidelines Manual*, **§ 3E1.1 application notes 1(h) and 6 ("[to] qualify under subsection (b)(2) the defendant must have notified authorities of his intention**

1

**to enter a plea of guilty at a sufficiently early point in the process so that the government may avoid preparing for trial and the court may schedule its calendar efficiently").**

2. All requests for Writs Ad Testificandum **must** be filed not later than fourteen (14) business days before the first day of the scheduled trial period to ensure adequate time for processing.

3. Counsel shall be prepared to conduct limited voir dire following the Court's general questioning of the panel.

4. In cases tried before a jury, the parties must submit a SINGLE JOINT SET of proposed jury instructions and verdict form at least ONE WEEK before the beginning of the trial calendar. The parties need not agree on the proposed language of each or any instruction or question on the verdict form. Where the parties do agree on a proposed instruction or question, the parties shall set forth that instruction or question in 14-point Times New Roman typeface. The parties shall *italicize* those instructions and questions proposed only by the Government and to which Defendant objects. The parties shall set in **boldface** those instructions and questions proposed only by the Defendant(s) to which the Government objects. Each jury instruction shall be typed on a separate sheet and must accompany supportive citations of authority. Each disputed jury instruction shall also state the basis for the objection(s) at the bottom of the sheet before the citations of authority. In preparing their requested jury instructions, the parties shall use as a guide the Pattern Jury Instructions for Criminal Cases approved by the United States Court of Appeals for the Eleventh Circuit, including the Directions to Counsel contained therein. A copy of the proposed jury instructions and verdict form shall be delivered to chambers at the time of filing, either by hard copy or by electronic mail to huck@flsd.uscourts.gov (preferred). Electronic documents should be compatible with Corel WordPerfect or MS WORD.

5. Counsel shall provide all responses pursuant to the Standing Discovery Order and/or Local Rule 88.10 in a timely fashion in accordance with the dates scheduled by the Magistrate Judge. Noncompliance can result in sanctions. A Fed. R. Evid. 404(b) notice **shall** include a specific factual basis for the evidence sought to be introduced.

6. At **TRIAL**, all counsel shall submit to the Court a typed list of proposed witnesses and exhibits list for presentation at trial. Counsel must pre-label all exhibits to be offered into evidence in accordance with the proposed exhibit list. Counsel shall designate all exhibits numerically and include the case number.

7. Counsel shall also submit to the Court in writing any motions in limine regarding trial issues at the Calendar Call.

8. Counsel must make arrangements for appropriate clothing for Defendant(s) in custody with the Bureau of Prisons at least seven (7) days before the scheduled trial date.

9. **Upon receipt of this Order, counsel shall certify with the Court the necessity of an interpreter for Defendant(s).**

10. **Counsel shall notify the Court, at least 24 hours before any hearings or trial, if any Defendant requires an interpreter, including the state of the trial when an interpreter will be necessary.**

11. If either party seeks to introduce transcript(s) at trial, the moving party shall present a copy to all counsel not later than ten (10) days before the scheduled trial date. If the parties cannot agree upon the introduction of a transcript, each party shall produce its own versions of the transcript for presentation to the trier of fact. Government counsel shall notify the case agent/client agency of this requirement.

12. All motions filed shall be accompanied by a written statement certifying that

counsel for the moving party has conferred with opposing counsel in a good faith effort to resolve by agreement the subject matter of the motion as required by Local Rule 88.9.

13. If defense counsel foresees that a sentencing hearing will take more than thirty (30) minutes, defense counsel shall advise the Court's chambers not later than five (5) days before the hearing.

14. The Government shall turn over all anticipated Jencks material to defense counsel not later than the morning of the first day of trial. Any turned-over Jencks materials shall include a cover sheet for defense counsel to sign and date, acknowledging receipt.

15. Any defense counsel who will represent or has represented a witness, co-defendant, target, or subject in this or any other related criminal case shall immediately notify the Court so the Court may schedule a *Garcia* hearing to resolve any potential or actual conflicts of interest. The Court desires to conduct all *Garcia* hearings as close to the time of arraignment as possible.

16. Parties **must** submit all motions for continuance in writing and file such a motion with the clerk of the court at least seventy-two (72) hours before the **Calendar Call**.

**DONE AND ORDERED** in Miami, Florida, on Monday, December 13, 2021.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies Furnished to:
All Counsel of Record
United States Probation Office