FILED BY \_MM\_ D.C.

SEP 22 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>21-60340-CR-HUCK/BECERRA(s)</u>
18 U.S.C. § 1956(h)
18 U.S.C. § 1957
18 U.S.C. § 982(a)(1)

UNITED STATES OF AMERICA,

v.

ARTURO CARLOS MURILLO PRIJIC,

                      Defendant.

_____/

### SUPERSEDING INFORMATION

The United States charges that:

### CONSPIRACY TO COMMIT MONEY LAUNDERING
### (18 U.S.C. § 1956(h))

Beginning in or around October 2019, and continuing through in or around at least January 2021, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**ARTURO CARLOS MURILLO PRIJIC,**

did knowingly and voluntarily combine, conspire, confederate, and agree with Sergio Rodrigo Mendez Mendizabal, Luis Berkman, Bryan Samuel Berkman, Philip Lichtenfeld, and other persons, known and unknown to the United States, to violate Title 18, United States Code, Section 1957, that is, to knowingly engage and attempt to engage in a monetary transaction by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, such property having been derived from specified unlawful activity, in violation of Title 18, United States Code, Section 1957.

It is further alleged that the specified unlawful activity is a felony violation of the Foreign Corrupt Practices Act, Title 15, United States Code, Section 78dd-2.

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATIONS
## (18 U.S.C. § 982(a)(1))

1. The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ARTURO CARLOS MURILLO PRIJIC**, has an interest.

2. Upon conviction of a conspiracy to violate Title 18, United States Code, Section 1957, as alleged in this Information, the defendant shall forfeit to the United States any property, real or personal, involved in such offense, and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

3. The property subject to forfeiture as a result of the alleged offense includes, but is not limited to, the following: a sum of at least $532,000 in U.S. currency, which sum represents the funds involved in the conspiracy and obtained by defendant.

4. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p).

All pursuant to Title 18, United States Code, Section 982(a)(1), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Eli S. Rubin
Assistant United States Attorney
Court ID No. A5503535
99 N.E. 4th Street
Miami, Florida 33132
(305) 961-9247
Email: Eli.Rubin@usdoj.gov

GLENN S. LEON
CHIEF, FRAUD SECTION
CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE

Jil Simon
Trial Attorney
Gerald M. Moody, Jr.
Assistant Chief
1400 New York Avenue NW
Washington, DC 20005
(202) 674-6617
Email: Jill.Simon@uusdoj.gov
       Gerald.Moody@usdoj.gov

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 21-CR-60340-PCH (s)

v.

ARTURO CARLOS MURILLO PRIJIC,

_____/
Defendant.

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division** (select one)
☐ Miami  ☐ Key West  ☐ FTP
☑ FTL    ☐ WPB

New Defendant(s) (Yes or No) No
Number of New Defendants 0
Total number of New Counts 1

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish

4. This case will take 0 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    ☑ 0 to 5 days                  ☐ Petty
   II   ☐ 6 to 10 days                 ☐ Minor
   III  ☐ 11 to 20 days                ☐ Misdemeanor
   IV   ☐ 21 to 60 days                ☑ Felony
   V    ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) Yes
   If yes, Judge Huck                  Case No. 21-60340-CR-PCH

7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 21-03013-MJ-JG

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) Yes
   If yes, Judge Huck                  Case No. 21-60255-CR-PCH; 21-60256-CR-PCH; 21-6025-CR-PCH; 21-60258-CR-PCH

9. Defendant(s) in federal custody as of May 22, 2021

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
    Eli S. Rubin
    Assistant United States Attorney
    Court ID No.    A5502535

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ARTURO CARLOS MURILLO PRIJIC

**Case No:** 21-CR-60340-HUCK (s)

Count #: 1

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)
* **Max. Term of Imprisonment: 10 Years' Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 Years' Supervised Release**
* **Max. Fine:  $250,000.00**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 21-CR-60340-PCH (s) |
| ARTURO CARLOS MURILLO PRIJIC, | ) | |
| _Defendant_ | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

ANA DAVIDE, Esq.
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*