UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60340-CR-HUCK

UNITED STATES OF AMERICA

v.

ARTURO CARLOS MURILLO PRIJIC,

                  **Defendant.**
_____/

## THE UNITED STATES OF AMERICA'S
## OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT

The United States of America (the "United States") objects to the following in defendant Arturo Carlos Murillo Prijic's Presentence Investigation Report ("PSR") (Dkt. No. 95).

Paragraph 36

The third sentence should read, "Bravo Tactical Solutions, LLC stood to earn approximately $2,291,398.65, a 41% profit margin, to act as an intermediary . . . ." As currently drafted, the sentence misrepresents both when the company earned the contract proceeds and its expected profit.

Paragraph 80

The paragraph should read, "On May 21, 2021, **Murillo Prijic** was interviewed by law enforcement at his residence with the help of a Spanish language interpreter. During the interview, **Murillo Prijic** lied and said that he did not receive any money from the tear gas contract with Luis and Bryan Berkman, and that he did not receive any money from Mendez Mendizabal in Cochabamba, Bolivia. **Murillo Prijic** was arrested the next day, May 22, 2021. A Criminal Complaint against **Murillo Prijic** was sworn out on May 24, 2021."

<u>Paragraph 107</u>

The last three words of the last sentence should be struck.  The defendant did not arrive in the United States for this case.

Respectfully submitted,

| | |
|---|---|
| JUAN ANTONIO GONZALEZ<br>UNITED STATES ATTORNEY | GLENN S. LEON, CHIEF, FRAUD<br>SECTION, CRIMINAL DIVISION<br>U.S. DEPARTMENT OF JUSTICE |
|    */s/ Eli S. Rubin*<br>Eli S. Rubin<br>Assistant United States Attorney<br>Court ID No. A5503535<br>99 N.E. 4th Street<br>Miami, Florida 33132<br>(305) 961-9247<br>Email: Eli.Rubin@usdoj.gov |    */s/ Jil Simon*<br>Jil Simon<br>Trial Attorney<br>1400 New York Avenue NW<br>Washington, DC 20005<br>(202) 514-3257<br>Email: Jill.Simon@uusdoj.gov |

## **CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on December 16, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

              */s/ Eli S. Rubin*
              Eli S. Rubin